

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00704-CR

Daryl Allan **HATFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8888
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  November 26, 2014

DISMISSED FOR WANT OF JURISDICTION

On February 21, 2014, the trial court entered a Nunc Pro Tunc in cause number 2012-CR-8888.  On October 14, 2014, Appellant Daryl Allan Hatfield filed a notice of appeal contending error in the Nunc Pro Tunc.

A judgment nunc pro tunc is an appealable order.  *Blanton v. State*, 369 S.W.3d 894, 903 (Tex. Crim. App. 2012).  To perfect an appeal, however, the notice of appeal must be filed within thirty days of the date that the trial court signs the judgment nunc pro tunc.  *Dewalt v. State*, 417 S.W.3d 678, 689 (Tex. App.—Austin 2013), pet. ref'd, 426 S.W.3d 100 (Tex. Crim. App. 2014).

"If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). On October 27, 2014, we ordered Appellant Hatfield to show cause in writing no later than November 17, 2014, explaining why this appeal should not be dismissed for want of jurisdiction. *See Blanton*, 369 S.W.3d at 903.

No response has been filed. This appeal is, therefore, dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH